JODI DONETTA LOWRY, ESQ.
Nevada Bar No. 7798
jlowry@gibsonlexbury.com

**Gibson Lexbury LLP**
3027 East Sunset Road, Suite 208
Las Vegas, Nevada 89120
Telephone 702.541.7888
Facsimile 702.541.7899

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JIANGXI PANDA FIREWORKS CO., LTD, a Chinese entity;<br><br>Plaintiff,<br>v.<br><br>DOUGLAS BURDA, an individual; KONCEPT LLC, a Nevada limited liability company doing business as BURDA IP; ELISSA BURDA, an individual, RED APPLE FIREWORKS CO., LTD., a Nevada limited liability company; 1.4G HOLDINGS, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-01232-MMD-DJA<br><br>**DEFENDANT 1.4G HOLDINGS, LLC'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR DEFENDANTS' MOTION TO COMPEL PLAINTIFF JIANGXI PANDA FIREWORKS CO., LTD'S RESPONSES TO DEFENDANT 1.4G HOLDINGS, LLC'S FIRST SETS OF INTERROGATORIES** |

Defendant 1.4g Holdings, LLC ("1.4g" or "Defendant"), by and through its counsel, Gibson Lexbury LLP, hereby files this Motion for Leave to Exceed Page Limits for Defendants' Motion to Compel Plaintiff Jiangxi Panda Fireworks Co., Ltd.'s ("Plaintiff") Responses to 1.4g's First Set of Interrogatories (the "Interrogatories") to Plaintiff (such motion for leave, the "Motion"; such motion to compel, the "Motion to Compel").

Defendant seeks to file a motion that is approximately 36 pages, including the certificate of conference, the table of contents, and the table of authorities. It is necessary for Defendant to file a motion that exceeds the page limits provided by LR 7-3 in order to comply with LR 26-6(b). LR 26-6(b) provides that "[a]ll motions to compel discovery or for a protective order must

1

set forth in full the text of the discovery originally sought and any response to it." In order to comply with LR 26-6, Defendant had to set forth the entirety of the interrogatories and Plaintiff's Responses, as each of Plaintiff's responses were inadequate. Declaration of Jodi Donetta Lowry, Esq. ("JDL Dec") ¶ 3, attached hereto as **Exhibit 1**. In total, setting forth "in full the text of the discovery originally sought and any response to it" required 16 pages. JDL Dec. ¶ 4. In addition, because of the scope of the discovery responses challenged by the Motion to Compel at least 6 more pages were required to properly address each of Plaintiff's discovery deficiencies. JDL Dec. ¶ 5. Defendants are requesting to exceed page limits by as much as 12 pages, which is reasonable considering the requirement to include the text of the discovery requests and responses, the analysis, the table of contents and the table of authorities. Therefore, pursuant to LR 7-3(c), good cause exists for the Motion to Compel to exceed the page limits provided in LR 7-3(b).

Respectfully submitted this 9th day of February, 2024.

Gibson Lexbury LLP

By  /s/ J.D. Lowry
JODI DONETTA LOWY, ESQ.
Nevada Bar No. 7798
mshaffer@gibsonlexbury.com
3027 East Sunset Road, Suite 208
Las Vegas, Nevada 89120
(702) 589-5872 Telephone
(702) 541-7899 Facsimile

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 2/13/2024

2

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5, I certify under penalty of perjury under the laws of the United States that I am an employee of Gibson Lexbury LLP and that on February 9, 2024 I caused a correct copy of the foregoing **DEFENDANT 1.4G HOLDINGS, LLC'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR DEFENDANTS' MOTION TO COMPEL PLAINTIFF JIANGXI PANDA FIREWORKS CO., LTD'S RESPONSES TO DEFENDANT 1.4G HOLDINGS, LLC'S FIRST SETS OF INTERROGATORIES** to be electronically filed via the CM/ECF system and thereby delivered by electronic means to all counsel of record.

/s/ Alec J.H. Wade
An employee of Gibson Lexbury LLP

3

# EXHIBIT 1

# EXHIBIT 1

JODI DONETTA LOWRY, ESQ.
Nevada Bar No. 7798
jlowry@gibsonlexbury.com

**Gibson Lexbury LLP**
3027 East Sunset Road, Suite 208
Las Vegas, Nevada 89120
Telephone 702.541.7888
Facsimile 702.541.7899

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JIANGXI PANDA FIREWORKS CO., LTD, a Chinese entity;<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS BURDA, an individual; KONCEPT LLC, a Nevada limited liability company doing business as BURDA IP; ELISSA BURDA, an individual, RED APPLE FIREWORKS CO., LTD., a Nevada limited liability company; 1.4G HOLDINGS, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-01232-MMD-DJA<br><br>**DECLARATION OF JODI DONETTA LOWRY, ESQ. IN SUPPORT OF DEFENDANT 1.4G HOLDINGS, LLC'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR DEFENDANTS' MOTION TO COMPEL PLAINTIFF JIANGXI PANDA FIREWORKS CO., LTD'S RESPONSES TO DEFENDANT 1.4G HOLDINGS, LLC'S FIRST SETS OF INTERROGATORIES** |

### DECLARATION OF JODI DONETTA LOWRY, ESQ.

J.D. Lowry, Esq. states under penalty of perjury of the United States of America that the following is true:

1. I am an attorney at Gibson Lexbury LLP, which represents Defendants in the above-captioned matter. I am over eighteen years old and competent to testify to all matters set forth in this Declaration.

2. It is necessary for Defendant to file a motion that exceeds the page limits provided by LR 7-3 in order to comply with another local rule, LR 26-6(b).

1

3.	Defendant had to set forth the entirety of the interrogatories and Plaintiff Jiangxi Panda Fireworks Co., Ltd.'s ("Plaintiff") responses as each of Plaintiff's responses were inadequate.

4.	In total, setting forth "in full the text of the discovery originally sought and any response to it" required approximately 16 pages.

5.	The scope of the discovery challenged by the Defendants' Motion to Compel Plaintiff's Responses to Defendant 1.4g Holdings, LLC's First Set of Interrogatories (the "Motion to Compel") required more space, at least 6 more pages, to properly address each of Plaintiff's discovery deficiencies.

Dated this 9th day of February, 2024.

*/s/ J.D. Lowry*
Jodi Donetta Lowry, Esq.

**2**