

United States District Court
District of Nevada

Chambers of
Miranda M. Du
Chief Judge

Bruce R. Thompson U.S.
Courthouse & Federal Building
400 South Virginia Street
Reno, Nevada 89501
(775) 686-5919

May 15, 2024

Jodi Donetta Lowry, Esq.
Gibson Lexbury LLP
3027 East Sunset Road
Suite 208
Las Vegas, NV 89120
702-541-7888
Fax: 702-541-7899
Email: jlowry@gibsonlexbury.com
**VIA CM/ECF**

    Re:    *Your LR IA 7-1(a) Inquiry regarding Jiangxi Panda Fireworks Co., LTD v. Burda et al., 2:23-cv-01232-MMD-DJA*

Dear Ms. Lowry:

    I received your letter inquiring about the status of the above referenced case under LR IA 7-1(a). (ECF No. 67.) I am aware of the pending motions and expect to issue a decision resolving them soon.

                      Sincerely,

                      Miranda Du
                      Chief United States District Judge

cc:    deniz@bayramoglu-legal.com;    david@bayramoglu-legal.com; shawnmangano@bayramoglu-legal.com; sgibson@gibsonlexbury.com