SHAWN A. MANGANO, ESQ. (Nevada Bar No. 6730)
shawnmangano@bayramoglu-legal.com
NIHAT DENIZ BAYRAMOGLU, ESQ. (Nevada Bar No. 14030)
deniz@bayramoglu-legal.com
DAVID SILVER (Nevada Bar No. 15641)
david@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404

*Attorneys for Plaintiff Jiangxi Panda Fireworks Co., Ltd.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JIANGXI PANDA FIREWORKS CO., LTD., a Chinese entity,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS BURDA, AN individual; KONCEPT LLC, a Nevada limited liability company doing business as BURDA IP; ELISSA BURDA, an individual; RED APPLE FIREWORKS CO., LTD., a Nevada limited liability company; 1.4G HOLDINGS, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:23-cv-01232-MMD-DJA<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY DEADLINES PENDING MEDIATION**<br><br>**(SECOND REQUEST)**<br><br>**Chief Judge Miranda M. Du**<br>**Magistrate Judge Daniel J. Albregts** |

Plaintiff Jiangxi Panda Fireworks Co., Ltd. ("Plaintiff"), by and through its counsel Bayramoglu Law Offices LLC, and Defendants Red Apple Fireworks Co., Ltd., and 1.4g Holdings, LLC, ("Defendants" and collectively referred to with Plaintiff as the "Parties"), by and through their counsel Gibson Lexbury LLP, hereby submit this Stipulation and Order to Stay Discovery Deadlines for Ninety-Days, previously extended by the Court on June 25, 2024 [Dkt. No. 76].

**IT IS HEREBY STIPULATED AND AGREED** between the Parties as to the following:

1. On March 20, 2024, the Parties submitted a Stipulation for Stay of Discovery and Discovery Related Motions Pending Adjudication of Defendants' Motion to Compel Arbitration (the "First Request") [Dkt. No. 63].

2. On March 22, 2024, this Court Granted the Parties' First Request [Dkt. No. 64].

3. On May 17, 2024, this Court Granted Defendants' Motion to Compel Arbitration on Plaintiff's Seventeenth through Twenty-Second Claims [Dkt. No. 69].

4. On June 24, 2024, the Parties filed a Stipulation regarding Discovery Deadlines [Dkt. No. 75], pursuant to this Court's June 10, 2024 Minute Order [Dkt. No. 72].

5. On June 25, 2024, this Court Granted the Parties Stipulation to Extend Discovery Deadlines [Dkt. No. 76].

6. The Parties are in active negotiation in an attempt to mediate this dispute. One of the material negotiation points is entry of a stay of the current discovery deadlines in this action for a period of ninety (90) days so that a mediator can be selected, a venue for the mediation can be agreed upon, as well as other administrative matters can be considered and agreed upon by the Parties.

7. Based on the foregoing, the Parties ask the Court to stay all discovery deadlines in this matter for a period of ninety (90) days so that they can mediate this dispute.

**WHEREFORE,**

1. The Parties are actively engaging and working in good faith to resolve this matter through private mediation.

2. The Parties agree the mediation would cover the claims in this instant action, and, potentially, the claims currently stayed in the related Eastern District of Arkansas Case No. 4:23-cv-00346-BRW.

3. The Parties are in the process of choosing a venue, mediator, and securing a mid-October, 2024 date for the mediation.

4. The Parties agree that a ninety-day (90) stay of discovery is in the best interest of judicial efficacy and will save the Court and Parties' considerable time and resources.

5. Accordingly, upon the conclusion or resolution of the Mediation, the Parties agree to file a Joint Status Report with this Court within fourteen (14) days.

6. This stipulation is made in good faith and not for the purposes of delay.

Respectfully submitted this 2nd day of August 2024.

| **BAYRAMOGLU LAW OFFICES LLC** | **GIBSON LEXBURY LLP** |
|---|---|
| By: /s/ Shawn A. Mangano<br>SHAWN A. MANGANO, ESQ.<br>Nevada Bar No. 6730<br>shawnmangano@bayramoglu-legal.com<br>1540 West Warm Springs Road Suite 100<br>Henderson Nevada 89014<br>Telephone: 702.462.5973<br>Facsimile: 702.553.3404 | By: /s/ Steven A. Gibson<br>STEVEN A. GIBSON, ESQ.<br>Nevada Bar No. 6656<br>sgibson@gibsonlexbury.com<br>10501 West Gowan Road, Suite 260<br>Las Vegas, Nevada 89129<br>(702) 541-8200 Telephone<br>(702) 541-7899 Facsimile |
| *Attorneys for Plaintiff Jiangxi Panda Fireworks Co., Ltd.* | *Attorneys for Defendants* |

The parties do not cite the good cause standard that this Court employs in deciding motions to stay discovery. *See Gibson v. MGM International*, No. 2:23-cv-00140-MMD-DJA, 2023 WL 4455726 (D. Nev. July 11, 2023). Nonetheless, the Court finds that the parties have demonstrated good cause and thus GRANTS their stipulation. (ECF No. 77).

**IT IS SO ORDERED.**

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATE: 8/5/2024

STIPULATION TO STAY DISCOVERY DEADLINES          CASE NO. 2:23-cv-01232-MMD-DJA

## CERTIFICATE OF SERVICE

I, hereby certify that on August 2, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

By: */s/ Shawn A. Mangano*
SHAWN A. MANGANO
Bayramoglu Law Offices LLC