# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Jiangxi Panda Fireworks Co., Ltd., a Chinese entity,<br><br>Plaintiff,<br><br>v.<br><br>Douglas Burda, an individual; Koncept LLC, a Nevada limited liability company doing business as Burda IP; Elissa Burda, an individual; Red Apple Fireworks Co., Ltd., a Nevada limited liability company; 1.4g Holdings, LLC, a Nevada limited liability company;<br><br>Defendants. | Case No. 2:23-cv-01232-MMD-DJA<br><br>**Order** |

Steven A. Gibson, Esq. and Jodi Donetta Lowry, Esq.[1] of the law firm Gibson Lexbury, LLP, move to withdraw their representation of Defendants 1.4g Holdings, LLC and Red Apple Fireworks, Co., Ltd. (ECF No. 90). 1.4g and Red Apple did not respond to the motion. But Plaintiff Jiangxi Panda Fireworks, Co., Ltd. did. (ECF No. 95). Jiangxi does not oppose Gibson Lexbury's withdrawal but asks that the Court condition that withdrawal on 1.4g and Red Apple providing their responses to discovery. (*Id.*). Gibson Lexbury did not file a reply. On the reply deadline, Bethany L. Rabe, Esq.; Kimberly Cooper, Esq.; and Mark G. Tratos, Esq. of Greenberg Traurig, LLP filed a substitution of attorney for 1.4g and Red Apple in place of Gibson Lexbury. (ECF No. 97).

The Court declines to condition granting Gibson Lexbury's withdrawal motion on discovery responses. This is particularly true because Greenberg Traurig has moved to substitute

---

[1] The motion does not explicitly mention Lowry, but refers to Gibson Lexbury, LLP. Because both Gibson and Lowry represent Defendants in their capacity as attorneys at Gibson Lexbury, the Court construes the motion as Lowry seeking to withdraw her representation as well.

into this case and may be able to help 1.4g and Red Apple provide the missing responses. Additionally, Jiangxi may move to compel these responses and seek to extend discovery deadlines if necessary. However, currently, the discovery deadline is not until February 25, 2025, and the dispositive motion deadline is not until May 30, 2025. (ECF No. 85). The Court also finds that Gibson Lexbury has met the requirements of Local Rule IA 11-6(b), and that Greenberg Traurig has met the requirements of Local Rule IA 11-6(c).

**IT IS THEREFORE ORDERED** that Gibson Lexbury, LLP's motion to withdraw (ECF No. 90) is **granted.**

**IT IS FURTHER ORDERED** that Greenberg Traurig, LLP's motion to substitute (ECF No. 97) is **granted.**

DATED: December 31, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE