MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
KIMBERLY COOPER, ESQ.
Nevada Bar No. 9533
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:    702.792.3773
Facsimile:    702.792.9002
Email:    rabeb@gtlaw.com
          cooperk@gtlaw.com
          tratosm@gtlaw.com

*Counsel for Defendants, Red Apple Fireworks Co., LTD and 1.4G Holdings, LLC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIANGXI PANDA FIREWORKS CO., LTD., a Chinese entity,<br><br>Plaintiff(s),<br><br>vs.<br><br>DOUGLAS BURDA, an individual; KONCEPT LLC, a Nevada limited liability company doing business as BURDA IP; ELISSA BURDA, an individual; RED APPLE FIREWORKS CO., LTD., a Nevada limited liability company; 1.4G HOLDINGS, LLC, a Nevada limited liability company.<br><br>Defendant(s). | CASE NO. 2:23-cv-01232-MMD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING DEADLINES PENDING FINALIZATION OF SETTLEMENT**<br><br>**[SEVENTH REQUEST]**<br><br>**[ECF NO. 105]** |

Plaintiff Jiangxi Panda Fireworks Co. Ltd. ("Plaintiff") and remaining Defendants 1.4G Holdings, LLC and Red Apple Fireworks Co. Ltd. ("Defendants"), by and through their respective counsel of record, pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby file this status report pursuant to ECF No. 105, and hereby stipulate and agree that all pending deadlines in this matter be stayed for thirty (30) additional days so that the parties may continue to finalize and execute their formal written agreement.

The parties have reduced their settlement agreement to a near-final writing; however, additional time is necessary to finalize any remaining issues, execute the document, effectuate certain settlement obligations, and coordinate with third parties involved in the broader dispute but who are not parties to this Nevada litigation. This is the seventh request to stay or extend discovery deadlines over the course of this litigation.

The parties will file a stipulated dismissal of all claims once their settlement agreement is finalized and executed, or a status report in thirty (30) days if such dismissal has not occurred.

**IT IS SO STIPULATED.**

DATED this 2nd day of June, 2025.                              DATED this 2nd day of June, 2025.

**GREENBERG TRAURIG, LLP**                                     **BAYRAMOGLU LAW OFFICES LLC**

/s/ Bethany L. Rabe                                            /s/ David Silver
Mark G. Tratos (NV Bar No. 1086)                               David Silver (NV Bar No. 15641)
Bethany L. Rabe (NV Bar No. 11691)                             1540 West Warm Springs Road, Ste 100
Kimberly J. Cooper (NV Bar No. 9533)                           Las Vegas, Nevada 89014
10845 Griffith Peak Drive, Suite 600                           *Attorneys for Plaintiff*
Las Vegas, Nevada 89135
*Attorneys for Defendants*

 

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 6/3/2025

# CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

By: */s/ Chris Darling*
Chris Darling
An employee of GREENBERG TAURIG, LLP