MARK G. TRATOS, ESQ.
Nevada Bar No. 1086
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
KIMBERLY COOPER, ESQ.
Nevada Bar No. 9533
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:    702.792.3773
Facsimile:    702.792.9002
Email:    rabeb@gtlaw.com
         cooperk@gtlaw.com
         tratosm@gtlaw.com

*Counsel for Defendants, Red Apple Fireworks Co., LTD and 1.4G Holdings, LLC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JIANGXI PANDA FIREWORKS CO., LTD., a Chinese entity,<br><br>Plaintiff(s),<br><br>vs.<br><br>DOUGLAS BURDA, an individual; KONCEPT LLC, a Nevada limited liability company doing business as BURDA IP; ELISSA BURDA, an individual; RED APPLE FIREWORKS CO., LTD., a Nevada limited liability company; 1.4G HOLDINGS, LLC, a Nevada limited liability company.<br><br>Defendant(s). | CASE NO. 2:23-cv-01232-MMD-DJA<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Jiangxi Panda Fireworks Co. Ltd. ("Plaintiff") and remaining Defendants 1.4G Holdings, LLC and Red Apple Fireworks Co. Ltd. ("Defendants"), by and through their respective counsel of record, hereby stipulate that this matter, including all claims against all parties, shall be dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///

Each party shall bear its own attorneys' fees and costs of suit.

**IT IS SO STIPULATED.**

DATED this 26th day of September, 2025.          DATED this 26th day of September, 2025.

**GREENBERG TRAURIG, LLP**                         **BAYRAMOGLU LAW OFFICES LLC**

 /s/  *Bethany L. Rabe*                             /s/  *David Silver*
Mark G. Tratos (NV Bar No. 1086)                   David Silver (NV Bar No. 15641)
Bethany L. Rabe (NV Bar No. 11691)                 1540 West Warm Springs Road, Ste 100
Kimberly J. Cooper (NV Bar No. 9533)               Las Vegas, Nevada  89014
10845 Griffith Peak Drive, Suite 600               *Attorneys for Plaintiff*
Las Vegas, Nevada  89135
*Attorneys for Defendants*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED:    September 26, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on September 26th, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

By: */s/ Chris Darling*
Chris Darling
An employee of GREENBERG TRAURIG, LLP